Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Taylor Markey, CA SBN 319557
Andrea E. Ringer, CA SBN 307315
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, California, 90012
Telephone: (213)785-3034
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov

Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 West Beech Street, Suite 504
Telephone: (619) 900-1617
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01307-GMN-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO WITHDRAW EEOC TRIAL ATTORNEY CONNIE K. LIEM AS ATTORNEY OF RECORD** |

Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") moves this Court for an Order granting its Motion to Withdraw Connie K. Liem as Attorney of Record for Plaintiff in this this matter. Ms. Liem should no longer receive notices via the Court's CM/ECF system for this matter. EEOC attorneys Anna Y. Park, Nakkisa Akhavan, Taylor Markey, and Andrea E. Ringer remain as attorneys of record for Plaintiff EEOC.

Dated: <u>September 28, 2023</u>

Respectfully submitted,

<u>/s/ Connie K. Liem</u>
Connie K. Liem
EEOC Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**IT IS SO ORDERED**.

_____

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

Dated: September 29, 2023

2