# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, | 2:23-cv-01307-GMN-NJK |
| Plaintiff(s), | |
| vs. | **Order** |
| Nevada Restaurant Services, Inc., | |
| Defendant(s). | |

The *Stipulation to Reschedule Early Neutral Evaluation* (ECF No. 20) is GRANTED. The ENE is <u>rescheduled</u> to **May 15, 2024 at 9:00 AM** in the chambers of the undersigned judge on the 4th Floor (suite 4068).  The parties shall email the confidential written evaluation to Court_MDC@nvd.uscourts.gov no later than **4:00pm by May 8, 2024**. **DO NOT SERVE A COPY ON OPPOSING COUNSEL. DO NOT DELIVER OR MAIL COPIES TO THE CLERK'S OFFICE.** A request for an exception to the above attendance requirements must be filed in the form of a motion or stipulation **within one week of this order**.  Counsel of record, individual parties, and a fully authorized representative must appear in person unless the Court enters an order granting a request for exception.

DATED this 20th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge