Anna Y. Park, CA SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, CA SBN 286260
nakkisa.akhavan@eeoc.gov
Andrea Ringer, CA SBN 307315
andrea.ringer@eeoc.gov
Derek Li, CA SBN 150122
derek.li@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301

Eric Yau, HI SBN 10087
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 800-2345
Facsimile: (808) 541-3390
E-mail: eric.yau@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01307-GMN-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO REMOVE TAYLOR MARKEY AS ATTORNEY OF RECORD** |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its Motion to Remove Taylor Markey as Attorney of Record in this matter.

Ms. Markey is no longer employed by the EEOC as of October 18, 2024. Accordingly, Ms. Markey should be removed from the list of counsel for the EEOC and from the electronic service system for this matter. EEOC attorneys Anna Y. Park, Nakkisa Akhavan, Andrea Ringer, Derek Li, and Eric Yau remain as attorneys of record for Plaintiff EEOC.

Dated: October 22, 2024

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: */s/ Nakkisa Akhavan*
Nakkisa Akhavan
Attorney for Plaintiff U.S. EEOC

IT IS SO ORDERED.
Dated: October 24, 2024

_____
Nancy J. Koppe
United States Magistrate Judge