# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA RESTAURANT SERVICES, INC., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01307-GMN-NJK<br><br>**Order**<br><br>[Docket No. 36] |

Pending before the Court is the EEOC's motion to compel discovery. Docket No. 36. The motion relates to discovery propounded ten months ago, responses provided nine months ago, and a meet-and-confer that appears to have run its course more than five months ago. *See, e.g.*, Docket No. 36 at 4. No explanation is provided as to how this motion is timely given the pertinent considerations. *See, e.g.*, *Herndon v. City of Henderson*, 507 F. Supp. 3d 1243, 1247-48 (D. Nev. 2020).[1]  Accordingly, the motion to compel is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: October 30, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The Court may *sua sponte* raise the potential untimeliness of a motion to compel. *Garcia v. Serv. Emps. Int'l Union*, 332 F.R.D. 351, 354 n.2 (D. Nev. 2019).