KIRSTEN A. MILTON, ESQ
Nevada Bar No. 14401
RICHARD J. MRIZEK, ESQ. (*Admitted pro hac vice*)
ANDREW D. WELKER, ESQ (*pro hac vice forthcoming*)
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: Kirsten.Milton@jacksonlewis.com
Email: Richard.Mrizek@jacksonlewis.com
Email: Andrew.Welker@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc.,*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>NEVADA RESTAURANT SERVICES, INC., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01307-GMN-NJK<br><br>**JOINT STIPULATION FOR EXTENSION OF DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

**COME NOW**, Defendant Nevada Restaurant Services, Inc. ("NRSI" or "Defendant"), by and through its undersigned counsel, and the U.S. Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") (together, the "Parties") by and through their undersigned counsel, hereby submit this, hereby stipulate and agree that the briefing schedule regarding the filing of Defendant's reply in support of it Motion for Protective Order shall be extended as follows:

　　1.　　On November 8, 2024, the Defendant filed a Motion for Protective Order from EEOC's 30(b)(6) Notice.  ECF No. 40.

　　2.　　Plaintiff EEOC filed its response on November 23, 2024. ECF No. 41.

1

3. Defendants' Brief is currently due on December 2, 2024.

4. Defendants' Counsel has been delayed in completing Defendants' Reply Brief due to the Thanksgiving holiday which falls entirely within the Reply briefing time. As such, Defendants' Counsel requires a short extension of time to **December 9, 2024,** to complete Defendants' Reply Brief.

5. This is the Parties' first request for an extension of time.

| | |
|---|---|
| JACKSON LEWIS P.C. | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| /s/ Richard J. Mrizek<br>RICHARD J. MRIZEK, ESQ<br>Illinois Bar No. 6237730<br>150 N. Michigan Ave.<br>Chicago, IL 60601 | /s/ Derek Li<br>DEREK LI, ESQ.<br>CA SBN 150122<br>255 East Temple Street, Fourth<br>Los Angeles, CA 90012<br><br>ERIC YAU, ESQ.<br>Hawaii Bar No. 10087<br>300 Ala Moana Blvd., Rm 4-257<br>Honolulu, HI 96850<br><br>Anna Y. Park, CA SBN 164242<br>Nakkisa Akhavan, CA SBN 286260<br>255 East Temple Street, Fourth<br>Los Angeles, CA 90012<br><br>Oscar Peralta, NV SBN 13559<br>333 Las Vegas Blvd. South, Las Vegas, NV 89101<br><br>*Attorneys for Plaintiff U.S. Equal Employment Opportunity Commission* |

**ORDER**

Dated: December 3, 2024
IT IS SO ORDERED:

_____
United States Magistrate Judge