# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA RESTAURANT SERVICES, INC., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01307-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 27, 28, 40, 42, 43] |

    This case has been stayed pending mediation. Docket No. 48. Accordingly, the pending discovery-related motions are **DENIED** without prejudice to their prompt renewal once the stay is lifted if mediation is unsuccessful.

    IT IS SO ORDERED.

    Dated: December 13, 2024

                                                            _____
                                                            Nancy J. Koppe
                                                            United States Magistrate Judge