Anna Y. Park, CA SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, CA SBN 286260
nakkisa.akhavan@eeoc.gov
Andrea Ringer, CA SBN 307315
andrea.ringer@eeoc.gov
Derek Li, CA SBN 150122
derek.li@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*[Additional counsel listed on next page.]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01307-GMN-NJK<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE** |

Oscar Peralta, NV SBN 13559
oscar.peralta@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Blvd. South, Ste. 5560
Las Vegas, NV 89101
Telephone: (702) 553-4457
Facsimile: (213) 894-1301

TO THE HONORABLE DISTRICT JUDGE, MAGISTRATE JUDGE, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") hereby lodges as Exhibit 1 the [Proposed] Consent Decree with Exhibits A through C for the Court's approval and entry into the record.

Dated: September 30, 2025

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: */s/ Derek W. Li*
Derek W. Li
EEOC Trial Attorney