Anna Y. Park, CA SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, CA SBN 286260
nakkisa.akhavan@eeoc.gov
Derek Li, CA SBN 150122
derek.li@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01307 GMN-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO REMOVE OSCAR PERALTA AS ATTORNEY OF RECORD** |

    Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its Motion to Remove Oscar Peralta as Attorney of Record in this matter.

Mr. Peralta is no longer employed by the EEOC as of September 30, 2025. Accordingly, Mr. Peralta should be removed from the list of counsel for the EEOC and from the electronic service system for this matter. EEOC attorneys Anna Y. Park, Nakkisa Akhavan, and Derek Li remain as attorneys of record for Plaintiff EEOC.

                                              Respectfully submitted,

                                              U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: November 17, 2025        By:    */s/ Derek Li*
                                                          Derek Li
                                                          Attorney for Plaintiff U.S. EEOC

IT IS SO ORDERED.
Dated: November 19, 2025

_____
Nancy J. Koppe
United States Magistrate Judge