Sophie Tarazi, CA SBN 329721
sophia.tarazi@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
550 West C Street, Suite 750
San Diego, CA 92101
Telephone: (213) 785-1614

Derek Li, CA SBN 150122
derek.li@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01307 GMN-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO WITHDRAW GOVERNMENT ATTORNEYS ANNA Y. PARK AND NAKKISA AKHAVAN** |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its motion to remove Anna Y. Park and Nakkisa Akhavan as attorneys of record in this matter.

Anna Y. Park and Nakkisa Akhavan are withdrawing as attorneys of record in this matter. Accordingly, Ms. Park and Ms. Akhavan should be removed from the list of counsel for the EEOC and from the electronic service system for this matter. Sophie Tarazi and Derek Li remain as attorneys of record for Plaintiff EEOC.

Dated: January 29, 2026

Respectfully submitted,

*/s/ Anna Y. Park*
Anna Y. Park
Regional Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

IT IS SO ORDERED.
Dated:  January 29, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

1